# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: J.L.B., A MINOR | : | No. 34 EM 2022 |
| | : | |
| | : | |
| PETITION OF: A.M., MOTHER | : | |
| IN THE INTEREST OF: J.L.B., A MINOR | : | No. 35 EM 2022 |
| | : | |
| | : | |
| PETITION OF: A.M., MOTHER | : | |
| IN THE INTEREST OF: S.M., A MINOR | : | No. 36 EM 2022 |
| | : | |
| | : | |
| PETITION OF: A.M., MOTHER | : | |
| IN THE INTEREST OF: S.B.M., A MINOR | : | No. 37 EM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| PETITION OF: A.M., MOTHER | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of July, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file a Petition for Allowance of Appeal within 15 days.